UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAY 31 2016
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Petitioner. § | |
| v. § | CRIMINAL NO. |
| § | |
| JOHN LANDRY, § | H16-821 M |
| Respondent. § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kenneth Magidson, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **John Landry**, SPN: 02763685, DOB: 02/XX/1996, duly committed to Sheriff of Harris County Jail, 701 N. San Jacinto, Houston, Texas 77002, is a witness in the above-captioned case which will be called for the purpose of testifying in front of the Grand Jury on behalf of the Government in the United States District Court for the Southern District of Texas, Houston Division, on the <u>1st</u> day of <u>June</u>, 2016, at 10:30 A.M., in Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County Jail, 701 N. San Jacinto, Houston, Texas 77002, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Harris County Jail, 701 N. San Jacinto, Houston, Texas 77002, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Testificandum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 1st day of June, 2016, so that he may be present in this cause at that time.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

By: _____
Celia Moyer
Assistant United States Attorney